UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN THOMAS STEWART, | |
| Plaintiff, | Case No. C19-715-JLR |
| v. | ORDER DISMISSING ACTION |
| CHARLES JOHNSTON, *et al.*, | |
| Defendants. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's (Dkt. #6) objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's civil rights complaint (Dkt. # 4-1) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) Plaintiff's application to proceed *in forma pauperis* (Dkt. # 4) is DENIED as moot.

//

//

ORDER DISMISSING ACTION
PAGE - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Peterson.

DATED this 10th day of July, 2019.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2